PEOPLE, Respondent, v. ALFANO, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Proceedings by the people of the state of New York against Pasquale Alfano. No opinion. Judgment of conviction affirmed.